IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GEORGE LALOUDAKIS** | * | |
| Petitioner, | * | |
| v. | * | **Civil Action No.: RDB-16-1806**<br>**Criminal No.: RDB-09-0608** |
| **UNITED STATES OF AMERICA,** | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Now pending before this Court are Petitioner's Motion to Vacate Judgment under 28 U.S.C. § 2255. (ECF No. 326) and Motion to Supplement (ECF No. 338.) Petitioner seeks vacatur of his 18 U.S.C. § 924(c) conviction. By agreement of counsel, the Motion to Vacate that conviction and Motion to Supplement (**ECF Nos. 326 & 338**) are **GRANTED**.

Pursuant to 18 U.S.C. § 924(c), an additional term of incarceration may be imposed upon "any person who, during and in relation to any crime of violence…uses or carries a firearm, or who, in furtherance of any such crime, possesses a firearm." The "crime of violence" underlying Ashley's § 924(c) charge was conspiracy to tamper with a witness. (Judgment & Commitment Order, ECF No. 41.) Counsel acknowledge that this offense no longer qualifies as a crime of violence in light of the recent opinion of the United States Supreme Court in *United States v. Davis*, 139 S. Ct. 2319 (2019) and the opinion of the United States Court of Appeals for the Fourth Circuit in *United States v. Simms*, 914 F.3d 229, 233 (4th Cir. 2019) (en banc).

Accordingly, the Defendant Laloudakis is entitled to a resentencing in the criminal case, *United States v. Laloudakis*, Criminal No. RDB-09-0608. Therefore, the Motion to Vacate **(ECF No. 326)** and Motion to Supplement **(ECF No. 338) are GRANTED and the civil case,**

2

*Laloudakis v. United States*, **Civil No. RDB-16-1806, shall be CLOSED.** Re-Sentencing shall be scheduled by agreement of counsel at a date to be determined.

IT IS HEREBY SO ORDERED THIS 9TH DAY OF JULY, 2020.

                                                  /s/
                                    Richard D. Bennett
                                    United States District Judge